```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    20cv2244 (DLC)
CHRISTOPHER SADOWSKI                     :
                         Plaintiff,      :        ORDER
           -v-                           :
                                         :
                                         :
ZIFF DAVIS, LLC,                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2020

DENISE COTE, District Judge:

   ORDERED that the initial pretrial conference scheduled for May 15, 2020 is rescheduled to **May 18, 2020** at **3 p.m.** The conference will be held telephonically. Counsel shall use the following dial-in credentials for the conference.

        Dial-in:        888-363-4749
        Access code:    4324948

   The parties shall use a landline if one is available.


Dated:   New York, New York
         May 15, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge