UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                       :

CHRISTOPHER SADOWSKI,           :          20cv2244(DLC)

                           :

                 Plaintiff,    :        <u>ORDER OF</u>
         -v-                      :      <u>DISCONTINUANCE</u>

                           :

ZIFF DAVIS, LLC,              :

                           :

                 Defendant.    :

                           :
--------------------------------------- X

DENISE COTE, District Judge:

     It having been reported to this Court that this case has been settled, it is hereby

     ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **October 4, 2020.**  If no such application is made by that date, today's dismissal of the action is with prejudice.  See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

     IT IS FURTHER ORDERED that plaintiff's request for the Court to return the $20,000 bond is DENIED without prejudice and is subject to renewal upon final dismissal of this action.

Dated:    New York, New York
           September 4, 2020

                                         _____
                                           DENISE COTE
                         United States District Judge