UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>       Plaintiff,<br><br>- against -<br><br>ZIFF DAVIS, LLC<br><br>       Defendant. | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Case No.: 1:20-cv-02244-DLC |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff, Christopher Sadowski, and counsel for the defendant, Ziff Davis, LLC, that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs.

_____
Richard P. Liebowitz

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 9/21/20
*Attorney for Plaintiff Christopher Sadowski*

_____
Abigail B. Everdell

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 603-6431
abigaileverdell@dwt.com

Dated: September 4, 2020
*Attorney for Defendant Ziff Davis*

4812-6832-9417v.1 0098504-000020